RECEIVED

DEC 2 2 2022
RG
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern DIVISION

LaGenia Simmons )
_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Brunswick County Schools
Steve Barger )
Stephen Foster )
_____)
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 7:22-cv-223-M
(To be assigned
by the Clerk of
District Court)

## COMPLAINT

1. Plaintiff resides at 108 Apple Rd Castle Hayne, NC 28429.

2. Defendant(s) name(s): Steve Barger, Stephen Foster Brunswick County Schools

1

Location of principal office(s) of the named defendant(s): Brunswick County School Board

Nature of defendant(s) business: School System

Approximate number of individuals employed by defendant: 300 or more

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) __✓__ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) _____ Other acts as specified below:

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) __✓__ not presently employed by the defendant.

   The dates of employment were Jan 2013 - Oct 2021

   Employment was terminated because:

   (1) __✓__ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) __✓__ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) _____ other as specified below:

   _____

   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Stephen Foster & Steve Barger along with Brunswick County Schools discriminated in Oct 2021. They tried to say I let my son come with covid when I did, but 3 white employees had covid & knew they had it & didn't loose their job.

   _____

3

8. The alleged discrimination occurred on or about Oct. 2021

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

They fired me thinking I brought my son to work/school with covid & there were 3 employees or more thats white that had covid & knew they had it & they still have their jobs.

10. The alleged illegal activity took place at: Brunswick County Schools.

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about 4/11/2022. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 9/25/22.

4

12. I seek the following relief:

    (A) __✓__ recovery of back pay;

    (B) _____ reinstatement to my former job;

    (C) __✓__ trial by jury on all issues so triable;

and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

12/19/22
Date

_LaTenia [Signature]_
Signature of Plaintiff

108 Apple Rd
Castle Hayne, NC 28429
(910) 540-9572

Address and Phone Number of Plaintiff

5